# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **JUDGMENT** |
| Plaintiff, | on a Motion pursuant to 28 U.S.C. § 2255 |
| v. | Case No.: 08-cv-213-bbc |
| | 05-cr-88-jcs-1 |
| **JAMES D. LOGAN,** | |
| Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED.


THERESA M. OWENS
_____
Theresa M. Owens, Clerk


/s/ M. Hardin
_____      _____4/23/08_____
by Deputy Clerk                                                                    Date